# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0602
_____

WILLIAM PERRY,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


April 25, 2024


PER CURIAM.

  DISMISSED.

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


William Perry, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.